Varner & Brandt LLP
3750 University Avenue, Suite 610
Riverside, California 92501
(951) 274-7777

FILED
CLERK, U.S. DISTRICT COURT

October 8, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA BIGGERS, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATER BROS. MARKETS, a California corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.: 5:19-cv-01097-SJO-KK<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO ADVANCE DEFENDANT'S MOTION TO DISMISS HEARING DATE AND FOR CONTINUANCE OF THE INITIAL STATUS CONFERENCE**<br><br>Proposed New Motion to Dismiss Hearing Date:<br>Date:        October 28, 2019<br>Time:        10:00 a.m.<br><br>Proposed New Initial Status Conference Hearing Date:<br>Date:        December 9, 2019<br>Time:        8:30 a.m.<br><br>Complaint Filed: May 7, 2019<br>Trial Date: None Set |

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ADVANCE HEARING DATE AND FOR CONTINUANCE OF THE INITIAL STATUS CONFERENCE**

# [PROPOSED] ORDER

Having reviewed the Parties' Joint Stipulation, and good cause having been shown, the following is so ordered:

(1) The hearing on Defendant's Motion to Dismiss and/or Strike, be advanced from its current date of November 4, 2019, to **Monday, October 28, 2019 at 10:00 a.m.**, or at the Court's earliest availability to ___is taken under submission and off the Court's calendar; and

(2) The Initial Status Conference, currently set for October 21, 2019, be continued until **Monday, December 9, 2019 at 8:30 a.m.**, or at the Court's earliest availability thereafter to _____;

(3) Accordingly, the respective dates for meeting and conferring and filing the Joint Rule 26(f) Report, shall be continued in accordance with the new Initial Status Conference date.

**IT IS SO ORDERED.**

Dated: 10-08-19

*/s/ S. James Otero*

Hon. S. James Otero
United States District Court Judge

Varner & Brandt LLP
3750 University Avenue, Suite 610
Riverside, California 92501
(951) 274-7777

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ADVANCE HEARING DATE AND FOR CONTINUANCE OF THE INITIAL STATUS CONFERENCE